# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMRO ELANSARI, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 19-3415 |
| | : | |
| ALTRIA, *et al.*, | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 2nd day of August 2019, upon considering Plaintiff's Motion for leave to proceed *in forma pauperis* (ECF Doc. No. 1), *pro se* Complaint (ECF Doc. No. 2), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Plaintiff's Motion for leave to proceed *in forma pauperis* (ECF Doc. No. 1) is **GRANTED** under 28 U.S.C. § 1915;

2. The Complaint is (ECF Doc. No. 2) is **filed**;

3. Mr. Elansari's Complaint (ECF Doc. No. 2) is **DISMISSED without prejudice** for failing to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii);

4. Mr. Elansari may file an amended complaint on or before **September 3, 2019** which identifies all defendants in the caption of the amended complaint stating the basis for Mr. Elansari's claims against each defendant. Defendants who are not named in the caption will not be treated as defendants in this case. When drafting his amended complaint, Mr. Elansari should be mindful of the Court's reasons for dismissing his claims as explained in the accompanying Memorandum. Upon the filing of an amended complaint, the Clerk shall not direct service until further Order;

5. The Clerk of Court shall send Mr. Elansari a blank copy of the Court's form complaint to be used by a *pro se* plaintiff bearing the above civil action number. Mr. Elansari may use this form to file his amended complaint if he chooses to do so; and,

6. We may dismiss this case for failure to prosecute without further notice if Mr. Elansari fails to comply with this Order.

_____
KEARNEY, J.